

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00591-CV

Zaid **TOZI**,
Appellant

v.

**RJ & SONS LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVF001538D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before February 3, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court